IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALBERT M. HAYES** § | | CIVIL ACTION NO. 2:24-cv-01376 |
| *Plaintiff,* § | | |
| § | | |
| v. § | | JUDGE JAMES D. CAIN, JR. |
| § | | |
| **GSTEK, INC.** and **CHRISTINE** § | | MAGISTRATE JUDGE |
| **E. WORMUTH, SECRETARY, UNITED** § | | THOMAS P. LEBLANC |
| **STATES DEPARTMENT OF THE** § | | |
| **ARMY** § | | |
| *Defendants.* § | | |
| § | | JURY DEMANDED |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Appellate Procedure 3 and 4 (a)(1)(A), Plaintiff, **ALBERT M. HAYES**, hereby appeals to the United States Court of Appeals for the Fifth Circuit this Court's June 13, 2025 Judgment [D.E. 32] granting Defendant's Motion for Judgment on the Pleadings [D.E. 22].

Dated: July 10, 2025.

**Respectfully Submitted**,

SUDDUTH & ASSOCIATES, LLC
1109 Pithon St.
Lake Charles, Louisiana 70601
Tel: (337) 480-0101
Fax: (337) 419-0507
Email: james@saa.legal
Email: kourtney@saa.legal

*/s/ James E. Sudduth, III*
**JAMES E. SUDDUTH, III, #35340**
**KOURTNEY L. KECH, #37745**
*Counsel for Plaintiff*

1